UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2020 AUG 24 PM 3:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION TO AQUIT THE PLAINTIFF BY MEANS OF A HABEAS CORPUS.

NOW COMES THE PLAINTIFF IN THE ABOVE CAPTION MANNER REQUEST A RAPPID HEARING TO AQUIT THE PLAINTIFF FOR BEING A FEDERAL VICTOM OF FEDERAL FRAUD IN MASSACHUSETTS PIROR TO HIS WHICH HUT TRIAL IN NEW HAMPSHIRE WITHOUT EVIDENCE. THIS IS THE RELIEF I REQUEST.

REASON 1. THE PLAINTIFF IS A VICTOM AS WELL AS THE UNITED STATEES OF AMERICA BY A CONSPIRACY PLOT BY ROBERT RICHARD WOLL, WIFE BEVERELY ANN WOLFF, LARRENCE SHELDON WOLFF, HEATHER WOLFF HIS WIFE MY X-WIFE CAROL ANN GORELICK AND HER THIRD OR FOURTH HUSBAND DONALD E, GORELICK, LAWRENCE SHELDON WOLFF ATTTORNEY JOHN TATEOSIAN AND HIS WIFE HIS SECERTARY, WHO WROTE A FALSE P.O.A. THAT ROBRT RICHARD WOLFF WAS MY P.O.A. WHICH HE WAS NOT.

2. MY DEFENCE COUNSEL FOUND BY ATTY JOHN TAEOSIAN RANDELL E, WILBERT AND JODY WILDERT ( TEN AFTER I WAS IN PRISON CAROL AND DONALD E. GORELICK WENT TO SEE RANDELL E. WILBERT WHO HELP THE GORELICKS GET ATTORNEY S HELEN HARROW AND WILLIAM H. BARRY TO,OBTAIN MY VA DISABLITY PAYMENY OF APX $300,000.00 FOR THEMSELVES WIYTH HELP OF THREE AS I RECALL JUDGES IN THE COURT IN BRENTWOOD , NH.

)A) NOTE THE PROCTUION ATTY'S KATHLEEN A. DUGAN AND VERA BROCK SPELLING I HAVE SOME WHER. ADMITTED REGEARDING THEIR WITNESS. IN COURT JUDGE LARRY M. SMUCKLER ALLWED THIS ILLEGAL ACTION .

(B) RANDELL E. WILBERT AND JODY WOLBERT ARE NOT DEFENCE COUNSELS AND DID NOT FILE A MOTION TO DISMISS MY CASE MY TWO VIDEOS OF MY TRIALS WERE DESTROYED AFRET I WAS

TAKEN INTO CUSTODY. I FIRMLY BELIEVE THAT ALL INVLVED IN MY

TO INCLUDE THE JURY WERE ALL LIVING IN NASHUAM NE HAMPSHIRE

AS DID MY X-WIFE. CAROL ANN GORELICK.

(C.) ATTORNEY WALTE A. PAZDON JR OUR FORMER RESIDENTATTORNEY UNTIL

HE WAS TRANSFERED TO THE NHDOJ AS THE ATTORNEY WORKING BACK

IN HIS FORMER OFFIVE, HIS ADDRESS IS ATTORNEY WALTER A. PAZDON

70 SPRUCE LANE ( POST OFFICEBOX -3416 AUBURN , NEW HAMPSHIRE

03032 -3416 HELP ME OBTAIN MY EVIDENCE AND TE VA SENT THE

BALANCE TO ME THAT MAJOR JON FOUST ALLED ME TWO HOURS TO GO

TRU IN MY ROOM BUT I FILE THAT THIS ES EVIDENCE I FOUND MY

YOUNGER BROTHER AND WIFE HEATHER WOLL HAS THREE VA ID'S INMUY

NAME. ( THE VA TAKES NO ACTION.)

(D)  THEY STOLE MY THREE WONDERFUL CHILDRENS MONEY AND THEY STILL

LOVE THEUR FATHER AS JUDGE SMUCKER TOOK MY TWO SONS OFF THE

WITNESS LIST. I HAVE A LIST OF ALL DEFENDANTS TO BR+E IN BOSTON,MA

E. S I REQUESTED THE HONORABLE CURT OBTAIN A LISTING OF MY

SOCIAL SECURIT PAYMENTS FOR IN20008 SOCIAL SECURITY IN

BALTIMORE, MD TOLD MYSELB THT I LIVE AT  6 LEDGEWOOD ROAD

FRAMIHG HAM, MASSACHUSETS XX 01701 WHERE MY SOCIAL

SECURITY ARE GOING TO THE ABODE OF ROBERT RICGARD WOLFF.

E. I HAD THE PLEASURE OF MEETING JUDGE RICHARD B. MACNAMARA

MERRIMACK SUPERIOR COURT IN CONCORD, NH TOLD ME IF CONVICTED

IN NH YOU ARE CONVICTED IN SO MANY WOTDS OR LESS AND MY

MY DEFENCE COUNSEL RANDEL E, WILBERT IS A GOOD PEROSIN.

A. I PAID HIM $6,000.00 FOR AN APPEAL ANF HE STILL BILLED

ME IN 1999. A PUR E NEW HAMPSHIRE CROOK.

THE CLERKS OF HILLISBROUGH SUPERIOR COURT IN NASHUA ,NH

AND TE CRERL OF MERRIMACK SUPERIOR COURT AL,L REJECTS MY

MOTIONS. THAT HAVE BEEN RECEIVED PIROR TO THESE MOTIONS

MY FILE IS OR WAS IN THE UNITEDCSTATES DISTRICT COURT OF

NEW JSAMPSHIRE DENIED BY THE U.S. MAGRISTRATE ANDA JONESTONE AND THEN BY JUDGE JOESPH LAPLANTE BECAUSE MY FRAUUD FILE HAD SENATOR JEEHEE SHANNE IN IT FROM 011 WHO SENAROR SCOTT P. BROWN REQUESTED HER HELD.( I AM STILL PAYING BACK THE VA THESTAUTE OF LINMITATURES IS NOT IN EFFECT.)

F, NEW HAMPSHIRE WILL NEVER GIVE UP A INNOCENTPERSON AND MY MIL TO PRESIDENT DONALD JOHN TRUMP NEVER LEFY OR MY NAIL TO BOVEROR CHIRS SUNUNU LETFT SO MY UNIT MANAGER GARY BURKE TOOK MT SECOND LETTER TO GOVERNOR CHIS SUNUNU TO THE MAIL ROOM NEVER LEFT. WHY BECAUSE MY LT. JAMES JOESPH BROWN WHO GOT RID OF ME THREE TIMES WITHOUR A "D" REPOTT HAS BEEN TAKING MOST OF MY MAIL OUT BY CPL RAPOSA, TAMMY MCCLOUSD AND FULLER IN THE MAIL ROOM TO THE OF THREE BOXES IN HIS OFFICE APX # 30x 16 x 8 DEEP.

F. I AM FILLING THIS MOTION BROTE I DIE BCUSE NH WILL DO ZERO FOR AN INNCENT PERSON AS A VICTOM OF FEDERAL FRAUD IN MASSACHUSETTDS I CAN ONLY LOOK FOR TH$ HONEST STEAT OF MAASAVUSETTS DO DO WHAT I WOULD DO FOR YOU.

G. MY YWO WITNESS ARE ATTONEY WALTER A. PAZDON JR 70 SPRUCE LANE POT OFFIC BOX 3416 AUBURN , NEW HAMPSHIRE 03032-3416 AND DEACO JAMES DALY OUR CHAPLAIN 81 NORTH STE STRETT CONCORD, NEW HAMPSHIRE 03301 FOR A PSY DR. ANTHONY RAMIREZ MD 391 VARNUM AVENUE LOWELL, MASASACHUSETTS 01854 WHO WILL ECXPLAIN MY BRILANT MIND..ETC..

h. HEALTH SERVICES HAS STOOPD MULTI MEDICAL ISSURS DENTAL DESTROYE MY TEETH MOSTLY SINCE 005.

RESPECTFULLY SUBMITTD BY:

CHARLES JAY WOLFF

THURSDAY TE 20TH 020
CHARLES JAY WOLFF
70079
SOUTH DIVISION-1a
81 NOTRH STATECSTRERT
CONCORD, MNEW HAMPSHIRE
03301-3239

ADDMEDOM

IF THE HONORABLE UNITED STATES DISTRICT COURT OF DIDSTRICY OF[ MASSACHUSETTS WHISHES A COPY OF ALMST THE COMPLETE FILE OF FEDERAL FRUAD AGAINST THE UNITED STATES OF AMERICA YOU MAY WISH TO CONTACT OUR CHAPAIN JAMES DALY AT 1 603-271-1863 AND FAX ACOPY OF THISLETTTER TO THE GOOD CHAPLAIN WHO WAS REQUESTED TO HELP ME BY ATTORNEY WALTER A. PAZDON JR. PIROR TO GOING BACK TO NHDOJ..

INORDR TO SY ALIVE HERE I HAD TO CASH IN FOUR VA IBSURANCE POLICYS WHICH MY THREE WONDERFUL CHILDREN WOULD HAVE UPON THEIR ADVISING THE U.S. DEPT OF VETRANS AFFIRS OR THE D.A.V. NOW GONE.

PLUS I FIRMLY BELIEVE THAT LT. JAMES JOESPH BROWN CHANGED MY MOTTUMUS INTO 20 2 4 WHEN MY COURT DOCMENT STATES I MAXED OUT DECEMBER29TH 2019. BUT NO ONE HERE GOES AGAINST THE GROSS MINDED STAFF.
  MY PSI ONEVTO THREE YEARS I GOT TWENTY SEVEN YEARS WITH NO EVIDENCE AT ALL EVEN MY TWI BROTHER PRASED MY X-WIFE AND
  I KNOW WHY PUR BED WAS HER PLACE OF BUSUNESS MINE WAS TO REST..ETC.
BLUE CROSS BLUE SHIELDDOSE NOT LIE IN RECORDS.

CHARLES JAY WOLFF
70079
SOUTH DIVISION-1A
POST OFFICE BOX-14
CONCORD, NEW HAMPSHIRE
03302-0014

LEGAL MAIL

USMS SCREENED

" BE PROUD TO BE A VET"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CO THE HONORABLE CLERKS OFFICE
SUITE NO. 2300

ONE COURT HOUSE WAY

BOSTON, MASSACHUSETTS 02210

PRIVILEGED CORRESPONDENCE

LEGALMAIL

PPD5.2 6
843
U.S. POSTAGE PITNEY BOWES
ZIP 03301 $ 000.50
02 1W
0001403591 AUG 21 2020

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."
02210$3025